**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

T.L. WOODSON,

                Plaintiff,

v.                                CIVIL ACTION NO.  2:14-cv-30564

ADMINISTRATOR,
South Central Regional Jail,

                Defendant.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Plaintiff's *pro se* Complaint. (ECF No. 1.)   The pleading complains of conditions at South Central Regional Jail where Plaintiff was then-incarcerated.   By Standing Order entered in this case on December 23, 2014, this action was referred to United States Magistrate Judge Dwane L. Tinsley for initial screening and submission of proposed findings and a recommendation for disposition ("PF&R").   Magistrate Judge Tinsley filed his PF&R on March 28, 2017, recommending that this Court dismiss Plaintiff's Complaint for failure to prosecute. (ECF No. 6.)

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and the Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.

1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on April 14, 2017. To date, no objections have been filed. Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 6), **DISMISSES WITHOUT PREJUDICE** the Complaint, (ECF No. 1), and **DIRECTS** the Clerk to remove this matter from the Court's docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     April 25, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE